JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evalyn Martinez,<br><br>    Plaintiff<br><br>vs.<br><br>City of Los Angeles et al.,<br><br>    Defendants. | CASE NO.:<br>2:23-cv-09491-SVW-SK<br><br>JUDGMENT |

Judgment is hereby entered for Defendants on Plaintiff's excessive force claim, failure to intervene claim, violation of First Amendment claim, and *Monell* claim in accordance with the Court's order, dated June 20, 2024. All other claims are dismissed without prejudice.

DATE: June 20, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE